UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARLUNZA TYSON,     Plaintiff, | : : : | |
| v. | : : | CASE NO. 3:14-cv-1795 (VAB) |
| MELENDEZ,     Defendant. | : : : | |

**RULING AND ORDER**

Plaintiff, Arlunza Tyson, has filed a motion "for the document for the video recording in support to of [sic] a motion for this case."  ECF No. 18 at 1.  This case concerns an alleged incident of excessive force on March 6, 2014 at Northern Correctional Institution.  Mr. Tyson states that he seeks the video recording to support his opposition to a motion filed by the defendant.  *See id.*  He also states that he would like the Court to view the recording.  The defendant opposes the motion, stating that production of the video recording would raise prison security concerns, that review of the video is not relevant or necessary to resolve any issue currently pending before the court, and that Mr. Tyson has not made a proper discovery request for the video.  The Court agrees with the defendant.

Currently there are no motions pending in this case that would require the Court to view a video recording of the underlying incident.  Thus, it is inappropriate for the Court to view the recording at this time.  *See United States v. Christy,* 883 F.Supp.2d 1040, 1055 (D.N.M. 2012) ("American federal courts are not independent, free-standing investigative entities.").

If Mr. Tyson wishes to view the video recording, he may serve a discovery request on defendant's counsel.  Seeking a court order to produce a copy of the video tape for viewing before making a proper discovery request is premature.

2

Finally, the defendant has identified legitimate security concerns that would arise if Mr. Tyson were permitted to retain a copy of the video recording. Absent a compelling reason to do so, the Court likely will not order that Mr. Tyson be permitted to retain a copy of the video recording.

Mr. Tyson's motion [**Doc. #18**] is **DENIED** without prejudice.

**SO ORDERED** this twenty-eighth day of July 2015, at Bridgeport, Connecticut.

/s/ Victor A. Bolden_____
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE